In the Matter of JAMES J. ECCLES, Appellant, against WILLIAM G. RICE et al., as Members of the Civil Service Commission of the State of New York et al., Respondents.

(Argued March 2, 1934; decided March 20, 1934.)

*Reginald Field, Frank Harvey Field* and *J. E. Weiner* for appellant.

*William A. Davidson, County Attorney* (*Thomas M. Smith* of counsel), for Westchester County Park Commission et al., respondents.

*John J. Bennett, Jr., Attorney-General* (*Patrick H. Clune* of counsel), for Civil Service Commission of the State of New York, respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.